## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Richard George Fassett Sr.                    BK NO. 22-01499 MJC
       Ruth Ann Fassett
                Debtor(s)                    Chapter 13


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II and index same on the master mailing list.


             Respectfully submitted,


      /s/ Rebecca Solarz
      Rebecca Solarz
      16 Aug 2022, 15:38:04, EDT


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: aa4e01db1c6bb5138c24317671fbf731a53217fb361476df7d942f650df4b97