UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RICHARD GEORGE FASSETT, SR. and RUTH ANN FASSETT<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| RICHARD GEORGE FASSETT, SR. and RUTH ANN FASSETT<br>    Respondents | : | CASE NO. 5-22-bk-01499 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of September, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Residential real estate. The Trustee has requested proof of the value of the debtors' home as stated in their schedules.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
       Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   19th   day of September, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Ackourey, Esquire
9 Marion Street
Tunkhannock, PA   18657

        /s/Deborah A. Behney
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee